## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) STEVEN DODSON, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>(1) TORUS SPECIALTY )<br>  INSURANCE COMPANY ; )<br>)<br>(2) TORUS INSURANCE )<br>  HOLDINGS LIMITED; )<br>)<br>(3) NORTH AMERICAN RISK )<br>  SERVICES, d/b/a NARS; and )<br>)<br>(4) GLOBAL RISK HOLDINGS, LLC, )<br>)<br>  Defendants. ) | No. CIV-2013-151-M<br><br>*Honorable Vicki Miles-LaGrange* |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties and stipulate, by and through their counsel of record, that this action be dismissed with prejudice for the reason that a settlement has been reached. Each party is responsible for his/its own legal fees and costs.

DATED this 25th day of March, 2013.

Respectfully submitted,

*/s/ Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr., OBA #11743
***WILSON CAIN & ACQUAVIVA***
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
JTAcqua@aol.com

AND

Bryce Johnson, OBA #11369
***BRYCE JOHNSON & ASSOCIATES***
105 North Hudson, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-6490;
Facsimile: (405)236-3676
bjohnson@oklalegal.com
**ATTORNEYS FOR PLAINTIFF**


*/s/ Dan S. Folluo*
 DAN S. FULLUO, OBA #11303
dfolluo@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 (Facsimile)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Joseph T Acquaviva, Jr., certify that on March 25, 2013, I electronically transmitted this pleading to the Clerk of Court using the ECF System for filing and delivered a copy via e-mail to Mr. Dan Folluo, Rhodes Hieronymus, P.O. Box 21100, Tulsa, OK 74121-1100, dfolluo@rhodesokla.com

s/ JOSEPH T. ACQUAVIVA, JR.